**FILED**
CLERK, U.S. DISTRICT COURT

3/4/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: _____DTA_____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 8:22-mj-00182-DUTY |
| v. | |
| Alyssa Marie Teruel | **DECLARATION RE OUT-OF-DISTRICT WARRANT** |
| DEFENDANT(S). | |

The above-named defendant was charged by: Pretrial Release Violation
in the Southern District of California on 10/26/2021
at 10:04 ☒ a.m. / ☐ p.m. The offense was allegedly committed on or about _____
in violation of Title 18 U.S.C., Section(s) 3148
to wit: _____

A warrant for defendant's arrest was issued by: Honorable John A. Houston

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   3/4/22
                   Date

_[signature]_
Signature of Agent

J. Pham
Print Name of Agent

USMS
Agency

Deputy
Title